PABODIE *against* KING.

Payment of part of the debt by the debtor is not a consideration which will support a promise to forbear to sue.

IN ERROR, on *certiorari* to a justice's court.

This was an action of *assumpsit*, brought by *King*, the plaintiff below, against *Pabodie*, the defendant below. The ground of the plaintiff's claim was, that he and one *Perry* were indebted, by their joint promissory note, to *Pabodie*, for 100 bushels of wheat. The note being due and recoverable in money, the defendant called on the plaintiff below, and promised, that if he would pay him fifty dollars on the note, he would forbear to sue him until he had endeavoured to collect the balance of the note by a suit against *Perry*; the plaintiff, accordingly, paid fifty dollars, and the defendant, after waiting about a year, without having attempted to sue *Perry*, brought an action against the plaintiff, and recovered the balance of the note in the supreme court. The justice gave judgment for the plaintiff.

*Per Curiam.* The promise to forbear was a *nudum pactum.* In paying the fifty dollars, *King* did no more than he was legally bound to do; and the promise, on the part of *Pabodie*, was without any benefit to him, and occasioned no loss to *King*.

Judgment reversed.